**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com
*Counsel for Plaintiff and the Putative Class and Subclass*

*(Additional Counsel on the Signature Page)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHAN CLARK, | Civil Action No.: 22-5697 |
| *Plaintiff*, | |
| v. | |
| SAMSUNG ELECTRONICS AMERICA, INC., | **VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| *Defendants*. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stephan Clark hereby voluntarily dismisses this action without prejudice. Defendant Samsung Electronics America, Inc., has not answered or filed a motion for summary judgment in this case.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: September 27, 2022    */s/ Joseph J. DePalma*
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

SO ORDERED.
*[signature]*
Hon. Susan D. Wigenton
United States District Judge
Dated: September 29, 2022

930029.1

**HAUSFELD LLP**
James J. Pizzirusso
888 16th St., Ste 300
Washington, DC 20006
Telephone: (202) 540-7200
jpizzirusso@hausfeld.com

**HAUSFELD LLP**
Steven M. Nathan
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100
snathan@hausfeld.com

**DICELLO LEVITT LLC**
Amy E. Keller
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
akeller@dicellolevitt.com

*Counsel for Plaintiff and the Putative Class and Subclass*

930029.1